# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO C. SIMONELLI, et al., <br> Plaintiffs, <br> v. <br> FIAT CHRYSLER AUTOMOBILES N.V., et al., <br> Defendants. | Case No. 17-cv-07376-JCS <br><br> **ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE GRANTED AND CASE SHOULD NOT BE DISMISSED** |

Defendants have filed a Motion to Dismiss in this case, which is set for hearing on November 30, 2018. Pursuant to the briefing schedule to which the parties stipulated, which the Court approved, *see* Docket No. 13, Plaintiffs' opposition brief was due on October 23, 2018. Plaintiffs have not filed an opposition brief; nor has Plaintiffs' counsel responded to the Court's inquiry as to the status of the case. Pursuant to Civil Local Rule 7-3(b), "[i]f the party against whom [a] motion is directed does not oppose the motion, that party must file with the Court a Statement of Nonopposition within the time for filing and serving any opposition." No statement of nonopposition has been filed. Therefore, Plaintiffs are ORDERED TO SHOW CAUSE why the Motion should not be granted for failure to file an opposition and why this case should not be dismissed for failure to prosecute, failure to follow the Court's scheduling order, and failure to follow the Civil Local Rules. Plaintiffs shall a response brief to this OSC Order, or in the alternative, a statement of nonopposition to the pending motion, no later than **November 2, 2015**.

**IT IS SO ORDERED.**

Dated: November 1, 2018

JOSEPH C. SPERO
Chief Magistrate Judge